IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-MC-00010-MCE-CKD |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S APPLICATION FOR FINAL ORDER OF GARNISHMENT** |
| v. | |
| VIRGINIA BUSEY-FERRARI (RESPONDENT IN CAUSE # 16-4-05055-5 PENDING BEFORE THE SUPERIOR COURT OF WASHINGTON FOR THE COUNTY OF SAN JUAN), | Criminal Case No. 2:08-CR-000401-LKK |
| Defendant and Judgment Debtor. | |
| SAN JUAN COUNTY CLERK/SUPERIOR COURT, | |
| (and its Successors and Assignees), | |
| Garnishee. | |

Pending before the Court is the United States' application for a final order of garnishment (the Application) against the monies deposited into the court's registry and held by the garnishee, San Juan County Clerk/Superior Court, for the benefit of defendant, Virginia Ferrari aka Virginia Busey-Ferrari, in a case pending before the Superior Court of Washington for the County of San Juan, Case No. 16-4-05055-5. The Application seeks the disbursement of $242,597.94 from the San Juan County Superior Court's registry representing the Defendant's beneficial interest in the trust proceeds from the Busey

ORDER
1

Family Lopez Island Trust (the BFLIT).

The Court, finding good cause therefrom, hereby GRANTS the Application. Accordingly, the Court hereby ORDERS, ADJUDGES and DECREES as follows:

1. The $242,597.94 deposited into the San Juan County Superior Court's registry representing the defendant Virginia Ferrari aka Virginia Busey-Ferrari's (Defendant) beneficial interest in the BFLIT trust proceeds are GARNISHED.

2. Garnishee San Juan County Clerk/Superior Court (the Garnishee) shall PAY the Clerk of the United States District Court the $242,597.94 ordered payable to James Busey, Trustee of the Virginia Ferrari Irrevocable Trust, currently on deposit in the San Juan Superior Court's registry.

3. The Garnishee shall make the payment to the "Clerk of Court" and MAIL or DELIVER a cashier's check or money order to the United States District Court for the Eastern District of California, Attention: Clerk of Court, at 501 I Street, Room 4-200, Sacramento, California, 95814 within twenty (20) days following service of the signed final order of garnishment.

4. On the payment instrument, the Garnishee shall state the case name and number (US v. Ferrari, Case No. 2:08-cr-401) on the payment instrument and include a self-addressed, stamped envelope with the payment if the Garnishee wants a payment receipt.

Finally, having reviewed both the record in this case and the record in Case No. 2:08-cr-401, Defendant is advised that the Court is not impressed with her transparent attempts to avoid her restitution obligations or her obvious disregard for federal law and the orders of this Court. Rarely has this Court come across an individual who has so completely failed to take responsibility for her criminal conduct.

IT IS SO ORDERED.

Dated: August 28, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE