R. TODD LUOMA (Cal. State Bar No. 140066)
Law Office of Williams & Associates, PC
3600 American River Drive, Suite 135
Sacramento, California 95864
(916) 488-8501
(916) 488-8196 fax
todd@williamstaxlaw.com

Attorneys for Judgment Debtor, Virginia Busey-Ferrari

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VIRGINIA BUSEY-FERRARI (Respondent in Cause # 16-4-05055-5 pending before Superior Court WASHINGTON for the County of San Juan,<br><br>Defendant and Judgment Debtor.<br><br>―――――――――――――――――<br><br>SAN JUAN COUNTY CLERK/SUPERIOR COURT, (and its successors and Assignees). | Case No. 2:18-MC-00010-MCE-CKD<br><br>ORDER DENYING MOTION OF DEFENDANT FOR STAY PENDING APPEAL<br><br>Criminal Case No. 2:08CR00401-LKK<br><br>Hearing Date: October 18, 2018<br>Hearing Time: 2:00 p.m.<br>Judge: Hon. Morrison C. England, Jr. |

Pending before the Court is Defendant Virginia Busey-Ferrari ("Ferrari")'s motion under Federal Rule of Civil Procedure 62 to stay enforcement of the final judgment entered herein on August 30, 2018. ECF No. 20. Plaintiff contends she has no right to the funds in the Virginia Ferrari Irrevocable Trust under Washington state law, such that granting the Government's request for a writ of garnishment was impermissible, but she later admits the Trust is a spendthrift trust in which she has a beneficial interest, ECF No. 28 at 3. Accordingly, her interest in the funds held by the trust was garnishable. See 28 U.S.C. § 3002(12). Any finding to the contrary would mean she

lacked standing to appeal the Court's decision in her individual capacity in any event.  Finally, Plaintiff has indicated that if required to post a bond to support her request for a stay, as required by Federal Rule of Civil Procedure 62(d), she would withdraw the motion.  In sum, Plaintiff has failed to show she is entitled to a stay or that she would comply with the Rules if one was granted, and her Motion, ECF No. 24, is   thus DENIED.

　　　　IT IS SO ORDERED.

Dated:  October 16, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE